04cv1966 (RWS)
04cv1966

# United States Court of Appeals for the Federal Circuit

06-1329

TAKEDA CHEMICAL INDUSTRIES, LTD.
and TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.,

Plaintiffs-Appellees,

v.

ALPHAPHARM PTY., LTD.
and GENPHARM, INC.,

Defendants-Appellants.

U.S. DISTRICT COURT
FILED
OCT 10 2007
S.D. OF N.Y.

# Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF NEW YORK

in CASE NO(S).       04-CV-1066

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED**

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/4/07

ENTERED BY ORDER OF THE COURT

DATED JUN 2 8 2007

Jan Horbaly, Clerk

Issued as Mandate:
COSTS:
Printing ................ $ 571.68
Total ................... $ 571.68